ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone:  (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Maria Rodriguez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA RODRIGUEZ, | ) CASE NO. CV 15-01665-MRW |
| Plaintiff, | ) |
| | ) ORDER AWARDING |
| | ) ATTORNEY'S FEES PURSUANT |
| v. | ) TO THE EQUAL ACCESS TO |
| | ) JUSTICE ACT |
| | ) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of Fees under the Equal

Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded

attorney fees under the Equal Access to Justice Act in the amount of FOUR-

THOUSAND FIVE-HUNDRED DOLLARS and NO CENTS ($4,5000.00),  as

authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: November 23, 2015

_____
UNITED STATES MAGISTRATE JUDGE
MICHAEL R. WILNER

1